```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 17024
   JOHN D HALL
   KATHY M HALL                                 CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1546    SSN XXX-XX-8758
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/22/06 and confirmed on 03/08/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  39950.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| DRAPER & KRAMER | CURRENT MORTG | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 6084.38 | 499.08 | 6084.38 |
| HSBC | SECURED | 1653.00 | .00 | 1653.00 |
| ROGERS & HOLLAND | SECURED | 1328.00 | .00 | 1328.00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 111.57 | 15.81 | 111.57 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATES IN PSYCHIATRY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1283.01 | 70.95 | 1283.01 |
| CAPITAL ONE BANK | UNSECURED | 942.76 | 51.95 | 942.76 |
| CAPITAL ONE BANK | UNSECURED | 474.06 | 26.10 | 474.06 |
| B LINE LLC | UNSECURED | 1351.69 | 74.87 | 1351.69 |
| BANK ONE/JPM CHASE | UNSECURED | 739.91 | 41.22 | 739.91 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5898.17 | 328.73 | 5898.17 |
| ENHANCED RECOVERY CORP | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| FMS INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 578.41 | 32.49 | 578.41 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 336.82 | 18.68 | 336.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 633.93 | 34.96 | 633.93 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INDIVIDUALIZED BANKCARD | UNSECURED | NOT FILED | .00 | .00 |

```
KCA FINANCIAL SERVICE      UNSECURED     NOT FILED            .00          .00
KCA FINANCIAL SERVICE      UNSECURED     NOT FILED            .00          .00
KOHLS                      UNSECURED        940.44          52.27       940.44
MCI TELECOMMUNICATIONS     UNSECURED     NOT FILED            .00          .00
MERRICK BANK               UNSECURED     NOT FILED            .00          .00
NCO FINANCIAL SYSTEMS IN   UNSECURED     NOT FILED            .00          .00
NICOR GAS                  UNSECURED        230.40          20.04       230.40
PELLETTIERI & ASSOC        UNSECURED     NOT FILED            .00          .00
PIER I IMPORTS INC         UNSECURED        663.90          37.09       663.90
QUEST DIAGNOSTIC           UNSECURED     NOT FILED            .00          .00
ROGERS & HOLLAND           UNSECURED     NOT FILED            .00          .00
SEVENTH AVENUE             UNSECURED        459.76          25.87       459.76
SHELL                      UNSECURED     NOT FILED            .00          .00
SST FAIRLANE CREDIT        UNSECURED     NOT FILED            .00          .00
STATE FARM ILLINOIS FCU    UNSECURED     NOT FILED            .00          .00
TARGET NATIONAL BANK       UNSECURED       3912.13         218.75      3912.13
CREDIT BUREAU ENTERPRISE   UNSECURED     NOT FILED            .00          .00
COUNTRY DOOR               UNSECURED         69.78           4.42        69.78
TRI CITY RADIOLOGY         UNSECURED     NOT FILED            .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED       3367.21         188.03      3367.21
WELLS FARGO                UNSECURED     NOT FILED            .00          .00
WELLS FARGO FINANCIAL IN   UNSECURED        508.33          28.51       508.33
WORLD FINANCIAL NETWORK    UNSECURED        549.15          30.85       549.15
ARMOR SYSTEMS CORP         UNSECURED     NOT FILED            .00          .00
ROGERS & HOLLAND           UNSECURED         42.71           2.76        42.71
CHASE AUTOMOTIVE FINANCE   UNSECURED        218.08          12.01       218.08
RESURGENT CAPITAL SERVIC   UNSECURED       1770.75          93.36      1770.75
     Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED        OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   9065.38         .00    25082.97          .00    34148.35
PRINCIPAL PAID       9065.38         .00    25082.97          .00    34148.35
INTEREST PAID         499.08         .00     1409.72          .00     1908.80
TOTAL PAID           9564.46         .00    26492.69          .00    36057.15
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3000.00
and was paid $   1000.00   direct and $   2000.00   through the plan.

The Trustee received $   1870.76 .

Refunds to the Debtor totaled $      22.09 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/20/09                /s/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

```
                          PAGE   3
     CASE NO. 06 B 17024 JOHN D HALL & KATHY M HALL
```